CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALBERT PLANELLS, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:14-cr-00260-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING** |

    IT IS HEREBY STIPULATED AND AGREED by and between defendant, ALBERT

PLANELLS, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States

America, by its counsel, ROBERT KNIEF, that  the above-captioned matter currently scheduled

for February 24, 2014 at the hour of 9:00 a.m. be vacated and continued  for at least 60 days or a

time convenient to the court.

    This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance as they are working out sentencing issues;

    2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no

objection to this continuance.

    3. Denial of this request could result in a miscarriage of justice.

    4. For all the above- stated reasons, the ends of justice would best be served by a

continuance of the sentencing date.

///

///

///

5. This is the second request to continue sentencing by the Defendant.

DATED this 16th day of February, 2017.

/s//: Chris T. Rasmussen                                     /s//: Robert Knief

CHRIS T. RASMUSSEN, ESQ.                          ROBERT KNIEF
Counsel for Defendant                                      Assistant U.S. Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff, )<br>  )<br> vs. )<br>  )<br>  )<br> ALBERT PLANELLS, )<br>  )<br> Defendant. )<br>_____ ) | Case No.: 2:14-cr-00260-JAD-GWF<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.  The parties agree to a continuance and are working out sentencing issues;

2.  Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1.  Denial of this request would result in a miscarriage of justice.

2.  For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least sixty days.

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,               )
                                        )   Case No.: 2:14-cr-00260-JAD-GWF
                    Plaintiff,          )
                                        )
        vs.                             )
                                        )   **ORDER**
                                        )
ALBERT PLANELLS,                        )
                                        )
                    Defendant.          )
_____)

        Accordingly, IT IS SO ORDERED that the trial currently scheduled for February 24,

2017 at the hour of 9:00 a.m., by vacated and continued to May 12, 2017, at the hour of

10:00 a.m.

        DATED this 21st day of February, 2017.


                                        _____
                                        UNITED STATES DISTRICT JUDGE