CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cr-00260-JAD-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING** |
| | ) | |
| ALBERT PLANELLS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, ALBERT PLANELLS, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, ROBERT KNIEF, that the above-captioned matter currently scheduled for May 12, 2017 at the hour of 10:00 a.m. be vacated and continued for at least 60 days or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance, as both parties are working on sentencing issues;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

3. Denial of this request could result in a miscarriage of justice.

4. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

///

///

///

5. This is the third request to continue sentencing by the Defendant.

DATED this 8th day of May, 2017.

/s//: Chris T. Rasmussen  /s//: Robert Knief

CHRIS T. RASMUSSEN, ESQ.  ROBERT KNIEF
Counsel for Defendant  Assistant U.S. Attorney

1 | CHRIS T. RASMUSSEN, ESQ.
  | Nevada Bar No. 007149
2 | 330 South Third Street, Suite 1010
  | Las Vegas, Nevada 89101
3 | (702) 464-6007
  | Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:14-cr-00260-JAD-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **FINDINGS OF FACT AND** |
| | ) | **CONCLUSIONS OF LAW** |
| | ) | |
| ALBERT PLANELLS, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance, as both parties are working on sentencing issues;

2. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least sixty days.

///

///

///

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT PLANELLS,<br><br>　　　　　Defendant. | Case No.: 2:14-cr-00260-JAD-GWF<br><br>**ORDER** |

　　　Accordingly, IT IS SO ORDERED that the trial currently scheduled for May 12, 2017 at the hour of 10:00 a.m., by vacated and continued to July 14, 2017 at the hour of 10:00 a.m.

　　　DATED this 8th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE