CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:14-cr-00260-JAD-GWF |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING** |
| ALBERT PLANELLS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, ALBERT PLANELLS, by and through his counsel, CHRIS T. RASMUSSEN, ESQ., and the United States America, by its counsel, ROBERT KNIEF, that the above-captioned matter currently scheduled for July 14, 2017 at the hour of 10:00 a.m. be vacated and continued for some time in August or a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant has a hearing before the 9th Circuit Court of Appeals in San Francisco on the 14th of July;

2. The parties agree to a continuance, as both parties are working on sentencing issues;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

4. Denial of this request could result in a miscarriage of justice.

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

///

///

///

6. This is the fourth request to continue sentencing by the Defendant.

DATED this 19th day of June, 2017.

| | |
|---|---|
| /s//: Chris T. Rasmussen | /s//: Robert Knief |
| CHRIS T. RASMUSSEN, ESQ.<br>Counsel for Defendant | ROBERT KNIEF<br>Assistant U.S. Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT PLANELLS,

    Defendant.

Case No.: 2:14-cr-00260-JAD-GWF

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Counsel for the Defendant has a hearing before the 9th Circuit Court of Appeals in San Francisco on the 14th of July

2. The parties agree to a continuance, as both parties are working on sentencing issues;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice.

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date to a date sometime in August.

///

///

///

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00260-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| ALBERT PLANELLS, | |
| Defendant. | |

Accordingly, IT IS SO ORDERED that the trial currently scheduled for July 14, 2017 at the hour of 10:00 a.m., by vacated and continued to August 7, 2017 at the hour of 11:00 a.m.

DATED this 19th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE